ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tiffany Dawn Russell**             **Docket No. 5:20-CR-505-3D**

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED
### Hearing Requested

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tiffany Dawn Russell, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 24th day of November, 2020.

The defendant appeared before Robert T. Numbers, II, the U.S. Magistrate Judge for arraignment on the 20th day of January, 2022, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** From February 9 to February 10, 2022, the defendant committed the offense of PRACTICE OF LAW BY A PROHIBITED PERSON, in Alamance County, North Carolina (22CR 050643). The defendant presented herself to a Graham Police Officer (Alamance County, NC), as a practicing attorney out of Durham, North Carolina. The defendant did so despite being disbarred by the North Carolina Bar Association, effective January 21, 2022.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: February 16, 2022

### ORDER OF THE COURT

Considered and ordered the __17__ day of __February__, 2022, and ordered filed and made part of the records in the above case.

James C. Dever III
U.S. District Judge