IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-505-3D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TIFFANY DAWN RUSSELL, | |

Before the Court is the Defendant's motion to file Docket Entry Number 178 and accompanying attachments under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists.

Accordingly, the motion is ALLOWED and Docket Entry Number 178 shall be filed under seal.

SO ORDERED. This _19_ day of May, 2022.

JAMES C. DEVER, III
United States District Judge