IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00505-D-3

UNITED STATES OF AMERICA

v.

TIFFANY DAWN RUSSELL

## AMENDED
## FINAL ORDER OF FORFEITURE OF REAL PROPERTY KNOWN AS
## 914 N. FULTON AVENUE, UNIT A

WHEREAS, upon the United States' Motion for an Amended Final Order of Forfeiture and the underlying records in the docket, the Court makes the following findings:

1. On January 11, 2022, a Superseding Criminal Information was filed against Defendant TIFFANY DAWN RUSSELL charging the Defendant in Count One with Conspiracy to Commit Mail, Wire, and Financial Institution Fraud in violation of 18 U.S.C. § 1349, and in Count Two with Making and Subscribing a False Income Tax Return in violation of 28 U.S.C. § 7206(1) [DE-134];

2. The Superseding Criminal Information gave notice of the United States' intention to seek the forfeiture of the following real property, pursuant to 18 U.S.C. § 982(a)(2)(A) as gross proceeds traceable to the Defendant's violation of Count One:

      c. 914 N. FULTON AVENUE, UNIT A, BALTIMORE, MARYLAND 21217 ("914 N. FULTON AVENUE, UNIT A");

3. The legal description for the Real Property subject to this order is more specifically described as follows:

Real Property:

f) Real property having the physical address of 914 N. Fulton Avenue, Unit A, Baltimore, MD 21217, including any and all appurtenances and improvements thereto, being titled to TDRLEGAL PROPERTY MANAGEMENT, LLC, and legally described in a deed recorded at deed book 22120, page 4, in the land records of the Clerk of the Circuit Court for Baltimore City, Maryland, and any and all proceeds from the sale of said property:

> Legal Description:
>
> All that parcel of ground situated in Baltimore City, Maryland and described as follows, that is to say:
>
> BEING ALL the Condominium Unit in the City of Baltimore, State of Maryland, and known as Unit No. A, NO. 914 N. Fulton Avenue, Sandtown-Winchester Condominium Horizontal Property regime as said unit and said condominium are established pursuant to the Declaration and By-Laws of the Grantor, dated September 19, 1985 and recorded among the Land Records of Baltimore City in Liber No. 649, Folio 166, and Amendment to Condominium Declaration for Sandtown/Winchester Condominium dated October 11, 1985 and recorded among the Land Records of Baltimore City in Liber SEB 678, Folio 407 on October 17, 1985. Pursuant to the plans shown on Condominium Plat Book No.161,and Amended Plat Book No. 162 recorded as aforesaid on September 24, 1985 and Amended Plat Book No. 163 recorded as aforesaid on October 17,1985.
>
> TOGETHER WITH an undivided percentage interest in the common elements as set forth in said Declaration and By-Laws and subject to all rights, easements, restrictions,

> covenants and reservations contained therein, as shown on said Plat herein referred to.
>
> The improvements thereon being known as 914 North Fulton Avenue, Unit A, Baltimore, Maryland 21217.
>
> Tax ID: 0072-008.

4. On January 27, 2022, Defendant entered a guilty plea pleading guilty to the Superseding Criminal Information, specifically, to Count One, Conspiracy to Commit Mail, Wire, and Financial Institution Fraud in violation of 18 U.S.C. § 1349; and Count Two, Making and Subscribing a False Income Tax Return in violation of 28 U.S.C. § 7206(1) [DE-152];

5. As part of the Plea Agreement, Defendant agreed to the forfeiture of the Real Property pursuant to 18 U.S.C. § 982(a)(2)(A) as proceeds of the Defendant's violation and/or as substitute property pursuant to 21 U.S.C. § 853(p) to satisfy a forfeiture judgment in the agreed amount of $2,019,571.93;

6. A Preliminary Order of Forfeiture as to Substitute Property forfeiting the Real Property pursuant to 18 U.S.C. § 982(a)(2)(A) and 21 U.S.C. § 853(p) was entered on September 27, 2022 [DE-198];

7. The Preliminary Order of Forfeiture:

   a. Ordered the forfeiture of the Real Property pursuant to 18 U.S.C. § 982(a)(2)(A) and 21 U.S.C. § 853(p);

   b. Ordered that the forfeiture was final as to the interests of the Defendant pursuant to Fed. R. Crim. P. 32.2(a)(4)(B);

   c. Ordered that any person other than the Defendant claiming any legal interest in the Real Property must file a petition with the Court

within the time period for the filing of third-party claims as set forth in 21 U.S.C. § 853(n); and

d. Retained jurisdiction to enforce the Preliminary Order of Forfeiture and amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e);

8. The Defendant was sentenced and a Judgment was entered on May 25, 2022 [DE-189]. That Judgment incorporated the Preliminary Order of Forfeiture filed on May 25, 2022 [DE-151] by reference, which included a forfeiture money judgment in the amount of $2,019,571.93. On September 27, 2022, the Court entered a Preliminary Order of Forfeiture as to Substitute Property [DE 198], which ordered the subject real property at 914 N. Fulton Avenue, Unit A, Baltimore, MD 21217 be forfeited as a substitute asset.

9. The United States published notice of this forfeiture action and the intent of the United States to dispose of the Real Property in accordance with Fed. R. Crim. P. 32.2(e), and such publication notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Real Property, beginning on October 5, 2022 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website [DE-317];

10. The Real Property is titled as follows:

a. 914 N. FULTON AVENUE, UNIT A, BALTIMORE, MARYLAND 21217, is titled to TDRLEGAL PROPERTY MANAGEMENT, LLC;

11. The United States sent direct written notice of the Preliminary Order of Forfeiture as to Substitute Property in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(6) to all persons who reasonably appeared to be a potential claimant with

4

standing to contest the forfeiture of the Subject Property in the ancillary proceeding, which included the following persons:

      a. BWRM Holding Company c/o Reynold Eugene Mullen, by serving his counsel of record, Joseph E. Zeszotarski, Jr.;
      b. Reynold Eugene Mullen c/o his counsel of record, Joseph E. Zeszotarski, Jr.;
      c. Linda Dixon;
      d. TDRLegal Property Management, LLC c/o Linda Dixon, Registered Agent;
      e. Baltimore County Tax Administration, State of Maryland;

[DE-317];

12. Service upon the Real Property was executed as follows:

      a. Upon 914 N. FULTON AVENUE, UNIT A, by posting the Preliminary Order of Forfeiture as to Substitute Property on the property by an agent of the United States Department of Treasury, Internal Revenue Service – Criminal Investigation on November 2, 2022 [DE-242];

13. The following petition was filed in relation to 914 N. FULTON AVENUE, UNIT A:

      a. Reynold Eugene Mullen [DE-206];

14. On September 25, 2024, Petitioner Reynold Mullen, in his capacity as a member of BWRM Holding Company and TDRLegal Property Management, LLC, withdrew his Petition to Assert Claim of Ownership in Property in this case [DE-304].

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to Fed. R. Crim. P. 32.2(6)(c)(2) and 21 U.S.C. § 853(n)(7), the Preliminary Order of Forfeiture as to Substitute Property entered on September 27, 2022 [DE-198], ordering the forfeiture of the Real Property pursuant to 21 U.S.C.

§ 853(p), is now final;

    2.    All right, title and interest to the Real Property described in Paragraph 3, above, is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to said Real Property and may warrant good title to any subsequent purchaser or transferee;

    3.    The United States Department of Treasury is authorized to dispose of said Real Property in accordance with the law;

    4.    Upon the sale of 914 N. FULTON AVENUE, UNIT A, the proceeds of the sale shall be distributed in the following priority to the extent proceeds are available:

        a. First, to the UNITED STATES DEPARTMENT OF TREASURY pursuant to 21 U.S.C. § 881(e)(2)(A)(i), any and all costs and expenses incurred by the United States Department of Treasury in connection with the seizure, maintenance, forfeiture, marketing and sale of the property; escrow fees; insurance costs, if any; commissions, if any; document recording fees not paid by the buyer; title fees; and transfer taxes;

        b. Second, to the BALTIMORE COUNTY, STATE OF MARYLAND, for all unpaid real property taxes due and owing through the date of the entry of this Final Order of Forfeiture; provided, however, that the United States shall not be liable for the payment of state or local property taxes from the date of the entry of this Final Order of Forfeiture;

        c. Finally, any remaining balance shall be forfeited to the United States and shall be disposed of according to law;

    5.    Other than those interests recognized herein, no other person or entity, shall have any right, title or interest in the Real Property and any and all liens are

6

Case 5:20-cr-00505-D    Document 327    Filed 10/17/25    Page 6 of 7

hereby released as of the date of the United States Department of Treasury's closing of the sale of the Real Property; and

6. The United States District Court shall retain jurisdiction for the purpose of enforcing this Final Order of Forfeiture.

7. This Final Order of Forfeiture is to be recorded in Baltimore City Land records in the State of Maryland.

SO ORDERED, this the 17 day of October, 2025.

*J. Dever*
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

7